**Gail P. BATES, Appellant,**

v.

**MORRISON MANAGEMENT SPE-CIALISTS, INC. (originally sued as Morrisons), Appellee.**

No. 08–3750.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2009.

Filed: Jan. 4, 2010.

Gail P. Bates, Little Rock, AR, pro se.

Clarence W. Cash, Jr., Cash Law Firm, Little Rock, AR, for Appellant.

Cornelius R. Heusel, Jones & Walker, New Orleans, LA, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

In this employment-discrimination case, Gail Bates appeals from the order of the District Court[1] granting summary judgment to Morrison Management Specialists. We have carefully reviewed the record and considered Bates's arguments and conclude that summary judgment was proper. *See Johnson v. Blaukat,* 453 F.3d 1108,

1112 (8th Cir.2006) (standard of review). Accordingly, we affirm.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.